

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable R. F. Ritchey, Jr.
County Attorney
Jasper County
Jasper, Texas

Dear Sir:

Opinion No. O-3668
Re: If no order of sale issues
on a judgment for delinquent
State taxes within 10 years
same does not become barred.

Your letter requesting our opinion on when, if
ever, does a delinquent tax judgment rendered in favor
of the State of Texas becomes dormant, has been given
our consideration.

In our Opinion No. O-418, dated April 6, 1939,
addressed to Honorable Charles F. McMillan, County Attorney of San Augustine County, we had a similar question
before us and we then held that a tax judgment in favor
of the State never became barred by limitation. We enclose you herewith a copy of said opinion, which, we think,
will answer your question.

Under Article 3773 of the Revised Statutes, as
amended in 1932, no judgment becomes dormant under ten (10)
years, Christian v. Hill Company, 113 S. W. (2d) 616.

We appreciate the exhaustive brief which you
prepared for our consideration.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By                      George W. Barcus

George W. Barcus
Assistant

GWB:LM
ENCLOSURE

APPROVED JUN 15, 1941

Acting ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT